No. 88–5374. JONES v. HABERLAIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 88–5385. PAYNE v. ROBINSON, WARDEN. Sup. Ct. Conn. Certiorari denied.

No. 88–5389. OCHOA-OCHOA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–5395. BERMUDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–5426. DALOIA v. ROSE, ASSISTANT UNITED STATES ATTORNEY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–5436. MANN v. ADAMS ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–5500. FREIWALD v. JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–1565. TEXAS v. MODGLING. Ct. Crim. App. Tex. Certiorari denied. JUSTICE WHITE and JUSTICE KENNEDY would grant certiorari.

No. 87–1649. BOYLE v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–1853. LAURITZEN ET UX., INDIVIDUALLY AND DBA LAURITZEN FARMS v. MCLAUGHLIN, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–1907. YOUNG v. LANGLEY ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–2037. KAHN v. AVNET, INC. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–2047. FEASTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–7111. GRUENHOLZ ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.